*In re* PEDRO JUAN SEMIDEY MORALES.

*Número:* 6744               *Resuelto:* 1ro de diciembre de 2000

*Eric Pagani Padró*, en representación de Pedro Juan Semidey Morales; *Carmen H. Carlo, Directora de la Oficina de Inspección de Notarías; Gustavo Gelpí, Procurador General, Rosa N. Russé García, Subprocuradora General*, y *Héctor Clemente Delgado, Procurador General Auxiliar*, abogados de El Pueblo.

## RESOLUCIÓN

A la solicitud de reinstalación de Pedro Juan Semidey Morales, se accede a lo solicitado y se reinstala efectivo en el día de hoy.

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Isabel Llompart Zeno
*Secretaria del Tribunal Supremo*